UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**PAUL RYAN DOUGLAS,**            :

    **Petitioner**              :
                                       CIVIL ACTION NO. 3:14-0293

**v.**                             :

                                         (Judge Mannion)

**WARDEN ZICKERFOOSE,**           :

    **Respondent**             :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

                                            s/ *Malachy E. Mannion*
                                           **MALACHY E. MANNION**
                                           **United States District Judge**

**DATE: February 21, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0293-01-ORDER.wpd